UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSON MARCELO, PETR BOGOPOLSKIY, JASON SALES, ASHLEY ELLIS, DAVID SIMARD, THIEN LUONG, RHONDA FELIX, STEPHANIE FRIEDMAN, WORKINEH WOLIE, ABDUL REHMAN, DAVID SAMRA, MOHAMMED SHAIK, SALEH ALBADWI, TANESHA CALDWELL, STARR CAMPBELL, and SERGIO GARNICA,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 3:21-CV-07843-JD<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER, STAY OR DISMISS UNDER THE FIRST-TO-FILE RULE**<br><br>Hearing date: February 24, 2022<br>Time: 10 a.m.<br>Courtroom: 11, 19th floor<br><br>Honorable James Donato |

**[PROPOSED] ORDER**

THIS MATTER came before the Court on Defendants' Motion to Compel Arbitration and Dismiss Plaintiffs' Complaint, or in the alternative, to stay, transfer, or dismiss under the first-to-file rule. The Court having read and considered Defendants' Motion, the briefing of the parties and arguments raised by the parties at the hearing, and with GOOD CAUSE APPEARING, the Court hereby orders as follows:

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Compel Arbitration and Dismiss is GRANTED: Plaintiffs' claims are hereby compelled to arbitration and this matter shall be dismissed with prejudice. Under the FAA, Plaintiffs' arbitration agreements are valid, binding, and legally enforceable. *See* 9 U.S.C. § 2. Plaintiffs entered into valid agreements to arbitrate any and all claims or disputes that arise out of or relate in any way to Plaintiffs' participation in the Amazon Flex program or performance of services thereunder, including claims stemming from alleged violations of wage and hour laws during Plaintiffs' participation in the Amazon Flex program. Plaintiffs' claims in this action fall within the scope of their agreements to arbitrate. Plaintiffs are hereby ordered to arbitrate their claims against Defendants and this action is dismissed with prejudice.

[*AND/OR*]

2. Defendants' Motion to Stay, Transfer or Dismiss under the First-to-File Rule is GRANTED: The Court dismisses, stays, or transfers Plaintiffs' claims under the first-to-file rule. This action shall be transferred to the Western District of Washington. Or: This action shall be stayed pending the resolution of *Rittmann*. Or: This action shall be dismissed in favor of the previously filed *Rittmann* action.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                         HON. JAMES DONATO